

# STACK &
## ASSOCIATES, P.C.
ATTORNEYS AT LAW

DONALD D.J. STACK
KIMBERLY (KASEY) ANN STURM*
TYLER J. SNIFF**

*ALSO ADMITTED IN SOUTH CAROLINA
**ALSO ADMITTED IN D.C., NEW JERSEY, & MARYLAND

E-MAIL: DSTACK@STACKENV.COM
WWW.STACK-ENVIROLAW.COM

ATLANTA
260 PEACHTREE STREET • SUITE 1200
ATLANTA, GEORGIA 30303
PHONE: 404-525-9205
TOLL FREE: 877-622-3891
FAX: 404-522-0275

SAVANNAH
P.O. BOX 13124
SAVANNAH, GEORGIA 31406
PHONE: 912-232-0567
TOLL FREE: 877-622-3891

April 20, 2016

**VIA CERTIFIED MAIL NO.**
**7010 0780 0001 8607 0953**
**RETURN RECEIPT REQUESTED**

Southern Mills, Inc.
d/b/a Ten Cate Protective Fabrics
c/o Mark Christman, Registered Agent
6501 Mall Boulevard
Union City, Georgia 30291

**VIA CERTIFIED MAIL NO.**
**7010 0780 0001 8607 0922**
**RETURN RECEIPT REQUESTED**

Southern Mills, Inc.
Attn: Bruce Bagwell, Plant Manager
Attn: Lisa Harris-Simpson, E&S Manager
1683 Lawrence Road
Molena, Georgia 30258

**VIA CERTIFIED MAIL NO.**
**7010 0780 0001 8607 0939**
**RETURN RECEIPT REQUESTED**

Royal Ten Cate (USA), Inc.
c/o CT Corporation, Registered Agent
1201 Peachtree Street, NE
Atlanta, Georgia 30361

**VIA CERTIFIED MAIL NO.**
**7010 0780 0001 8607 0946**
**RETURN RECEIPT REQUESTED**

Royal Ten Cate (USA), Inc.
c/o Current/Interim CEO/President
365 S. Holland Drive
Pendergrass, Georgia 30567-4625

Re: **60-Day Notice of Intent to Sue for Clean Water Act Violations at Ten Cate Dyeing & Finishing Plant at 1683 Lawrence Road, Molena, GA 30258 and Demand to Abate Nuisance and Trespasses to Parcel Nos. 005007 and 005073**

Dear Ten Cate Protective Fabrics & Royal Ten Cate (USA), Inc.:

Pursuant to Section 505(b) of the Clean Water Act, 33 U.S.C. § 1365(b), and 40 C.F.R. Part 135, Flint Riverkeeper, Inc. ("Riverkeeper"), and J. Michael Cox, Cliff Granville Moore, Shelby C. Moore, and Sean P. Draime ("local property owners"), hereby provide notice of their intent to commence a civil action in U.S. District Court against Southern Mills, Inc. (d/b/a Ten Cate Protective Fabrics) and Royal Ten Cate (USA), Inc. (collectively "Ten Cate") for violations of the federal Clean Water Act, 33 U.S.C. § 1251 et seq., Georgia Water Quality Control Act, O.C.G.A. § 12-5-20 et seq., and their implementing rules and regulations. These violations

Notice of Intent to Sue Ten Cate Protective Fabrics & Royal Ten Cate (USA), Inc.
Page Two of Eight
April 20, 2016

include ongoing unpermitted point source discharges of pollutants from the land application system ("LAS") at the Ten Cate dyeing and finishing plant at 1683 Lawrence Road, Molena, GA 30258 ("Molena Plant") into tributaries of the Flint River and adjacent wetlands that are waters of the United States and waters of the State of Georgia.  In addition, the local property owners intend to pursue pendent state law claims for pollution of and damage to their properties adjacent to the LAS at the Molena Plant by the illegal discharges.

## I.    Parties Providing Notice

This notice is provided by Flint Riverkeeper, Inc. and local property owners J. Michael Cox, Cliff Granville Moore, Shelby C. Moore, and Sean P. Draime.

Flint Riverkeeper's active membership stands at over 546 families, businesses, and farms accounting for over 2,500 individuals.  The mission of the Flint Riverkeeper is to restore and preserve the habitat, water quality and flow of the Flint River for the benefit of current and future generations and dependent wildlife.  The address of Flint Riverkeeper is 211 North Jefferson Street, Suite 8, Albany, Georgia 31701.  Its Executive Director and Riverkeeper is S. Gordon Rogers, IV and his telephone number is (229) 435-2241.  All communications, however, must be directed to undersigned Counsel for Flint Riverkeeper at the contact information below.

J. Michael Cox, Cliff Granville Moore, Shelby C. Moore, and Sean P. Draime are local citizens and residents of Upson County who own properties adjacent to the Molena Plant and its LAS. J. Michael Cox, Cliff Granville Moore, and Shelby C. Moore own Upson County Parcel Nos. 005073 & 00573B, an approximately 58.6-acre parcel and approximately 10-acre parcel, respectively, adjacent to the LAS spray fields at the Molena Plant.  Sean P. Draime owns Upson County Parcel No. 005007, an approximately 27.61-acre parcel adjacent to the LAS spray fields at the Molena Plant.

The address of Cliff Granville Moore and Shelby C. Moore is 7277 Crest Highway, Molena, Georgia 30258 and their telephone numbers are (770) 815-1564 and (706) 647-4069, respectively.  The address of J. Michael Cox is 1350 Pleasant Ridge Road, Carrollton, Georgia 30117 and his telephone number is (678) 346-6007.  The address of Sean P. Draime is 1459 Lawrence Road, Molena, Georgia 30258 and his telephone number is (706) 296-5665.  All communications, however, must be directed to undersigned Counsel for these individuals at the contact information below.

## II.    Notice of the Violations

### A.    Standard Violated and Activity Constituting Violation

Under Section 301(a) of the Clean Water Act ("CWA"), 33 U.S.C. § 1311(a), point source discharges of pollutants into the waters of the United States require a National Pollution Discharge Elimination System ("NPDES") permit under Section 402 of the CWA.

Notice of Intent to Sue Ten Cate Protective Fabrics & Royal Ten Cate (USA), Inc.
Page Three of Eight
April 20, 2016

Ten Cate owns, operates, and directs the operations of the Molena Plant, which discharges its industrial wastewater through a series of spray heads called a land application system ("LAS"). LASs are to provide treatment so that pollutants are removed from wastewater by plants and soil before such wastewater enters waters of the United States. *See* Ga. Dep't of Nat. Res., *Guidelines for Slow-Rate Treatment of Wastewater via Spray Irrigation* (July 2010). The LAS Permit No. GAJ0101578 issued by the Georgia Environmental Protection Division to Ten Cate for the LAS at its Molena Plant neither authorizes "direct discharge to surface waters" nor point source discharges of pollutants to waters of the United States.

The irrigated industrial wastewater evaporates and transpires to the atmosphere or enters the groundwater through percolation. Organic constituents in the wastewater are stabilized by soil bacteria. Organic and ammonia nitrogen are taken up by plants, nitrified by soil bacteria, lost to the atmosphere through denitrification, and minimally leached into the groundwater. Phosphorus and other constituents are adsorbed in the soil profile and taken up by plants. Properly designed and operated land treatment systems produce a percolate water of high quality and thus protect ground and surface water resources.

The overburdened/oversaturated LAS at Ten Cate's Molena Plant, however, results in point source discharges of pollutants to waters of the United States and waters of the State of Georgia via, *inter alia*: (1) direct overland dry weather discharges of still polluted industrial wastewater from spray fields to adjacent waters of the United States, including Elkins Creek, Spring Creek, branches thereof, and adjacent wetlands, via ditches, runnels, seeps, and other discrete conveyances; (2) direct overland wet weather discharges of collected and concentrated stormwater containing still polluted industrial wastewater from spray fields to adjacent waters of the United States, including Elkins Creek, Spring Creek, branches thereof, and adjacent wetlands, via these ditches, runnels, and other discrete conveyances; and (3) continuous discharges of still polluted industrial wastewater to groundwater with a direct hydrological connection to adjacent waters of the United States, including Elkins Creek, Spring Creek, branches thereof, and adjacent wetlands.

The pollutants in these point source discharges of still polluted industrial wastewater from the Molena Plant include, but are not limited to, high levels of sodium and salts thereof, calcium and salts thereof, potassium and salts thereof, nitrates, and conductivity as well as elevated levels of total nitrogen, ammonia, total phosphorous, Kjeldahl phosphorus, arsenic, chromium, copper, nickel, zinc, magnesium, aluminum, iron, barium, vanadium, and lead, resulting in among other impairments elevated chemical oxygen demand, hardness, and conductivity.

Under Section 301(a) of the Clean Water Act ("CWA"), 33 U.S.C. § 1311(a), these point source discharges of these pollutants into the aforementioned waters of the United States requires a National Pollution Discharge Elimination System ("NPDES") permit under Section 402 of the CWA. Each such discharge without an NPDES permit is a separate violation of the CWA.

Notice of Intent to Sue Ten Cate Protective Fabrics & Royal Ten Cate (USA), Inc.
Page Four of Eight
April 20, 2016

These discharges are also an ongoing public and private nuisance and ongoing trespasses causing damages to the aforementioned properties of Michael Cox, Cliff Granville Moore, Shelby C. Moore, and Sean P. Draime adjacent to the LAS at the Molena Plant.

**B.      Persons Responsible for Violations**

Southern Mills, Inc. (d/b/a Ten Cate Protective Fabrics) owns and operates the Molena Plant and its LAS.  Royal Ten Cate (USA), Inc. owns Southern Mills, Inc. and also owns, controls, and directs the operations of the Molena Plant and therefore has also caused the unpermitted discharges.

**C.      Location and Dates of Violations**

The locations of the violations are the locations of the ongoing point source discharges of the aforementioned pollutants and other pollutants from the LAS at the Ten Cate dyeing and finishing plant at 1683 Lawrence Road, Molena, GA 30258, into adjacent waters of the United States, including Elkins Creek, Spring Creek, branches thereof, and adjacent wetlands.  The locations include, but are not limited to, the following specific locations:

1.      Direct overland dry weather discharges of still polluted industrial wastewater containing some or all of the aforementioned pollutants from spray fields to "Cox Branch" of Elkins Creek and adjacent wetlands of Elkins Creek via a ditch and other discrete conveyances located approximately at N32.97318, W84.49788 on the Cox Property on numerous dates including, but not limited to, 3/21/15, 3/23/15–4/11/15, 4/16/15, 4/18/15–4/28/15, 4/30/15–6/12/15, 7/1/15, 7/4/15, 9/9/15, 9/12/15, 9/17/15–9/18/15, 10/1/15, 10/7/15–10/9/15, 10/12/15–10/13/15, 10/15/15–10/18/15, 11/12/15, 11/15/15–11/18/15, 11/21/15–11/25/15, 11/27/15–12/1/15, 12/7/15–12/13/15, 12/15/15–12/17/15, 12/19/15–12/21/15, 1/7/16–1/8/16, 1/11/16–1/14/16, 1/17/16–1/20/16, 1/25/16–1/26/16, 1/29/16–1/31/16, 2/2/16, 2/5/16–2/10/16, 2/12/16–2/15/16, 2/17/16–2/22/16, and 2/25/16–3/3/16;

2.      Direct overland dry weather discharges of still polluted industrial wastewater containing some or all of the aforementioned pollutants from spray fields to "Cox Branch" of Elkins Creek and adjacent wetlands of Elkins Creek via a runnel and other discrete conveyances located approximately at N32.97333, W84.50198 on the Cox Property on numerous dates including, but not limited to, 8/24/15–8/26/15, 9/9/15, 9/12/15, 9/15/15–9/18/15, 9/22/15–9/24/15, 9/28/15, 10/1/15, 10/8/15, 10/12/15–10/23/15, 10/26/15, 10/29/15–10/31/15, 11/12/15–11/13/15, 11/15/15–11/17/15, 11/12/15–11/25/15, 11/27/15–12/1/15, 12/11/15–12/16/15, 12/20/15–12/21/15, 1/7/16–1/8/16, 1/20/16, 1/25/16–1/26/16, 1/30/16–1/31/16, 2/2/16, 2/6/16–2/15/16, 2/17/16–2/21/16, and 2/26/16–3/2/16;

Notice of Intent to Sue Ten Cate Protective Fabrics & Royal Ten Cate (USA), Inc.
Page Five of Eight
April 20, 2016

3.     Direct dry weather discharges of still polluted industrial wastewater containing some or all of the aforementioned pollutants from spray fields to "Cox Branch" of Elkins Creek and adjacent wetlands of Elkins Creek via groundwater with a direct hydrological connection from the spray fields to these waters of the United States located approximately at N32.97318, W84.49788 on the Cox Property on dates including, but not limited to, 10/16/15, 10/18/15, 11/15/15, 11/22/15, 11/23/15, 11/28/15, 12/7/15, 12/11/15–12/12/15, 12/14/15, 1/20/16, 1/31/16, 2/14/16, and 2/19/16;

4.     Continuous direct overland dry weather discharges of still polluted industrial wastewater containing some or all of the aforementioned pollutants from spray fields to "Hardy Branch" of Spring Creek via seeps and other discrete conveyances located approximately at N32.95942, W84.49041 on the Draime Property during periods including, but not limited to, Spring 2015 to present; and

5.     Direct overland wet weather discharges of collected and concentrated stormwater containing still polluted industrial wastewater containing some or all of the aforementioned pollutants from spray fields to Elkins Creek, Spring Creek, branches thereof, and adjacent wetlands, via the above ditches, runnels, and seeps on dates including, but not limited to, 4/12/15, 4/14/15, 4/17/15, 4/19/15, 4/25/15, 4/29/15, 5/3/15, 6/1/15, 8/18/15, 8/29/15, 8/30/15, 9/8/15, 9/28/15, 10/10/15, 11/1/15, 11/2/15, 11/5/15, 11/8/15–11/9/15, 11/18/15, 12/2/15, 1/27/15, 2/3/16, and 2/22/16.

*See* Ex. A (GPS coordinates of approximate locations of violations). Based on information and belief, these unpermitted discharges have been continuous during at least the past eight years. Evidence and records of the additional locations and dates of unpermitted discharges from the overburdened and oversaturated LAS at the Molena Plant are maintained by Ten Cate. Based on information and belief, these unpermitted discharges, continue up to the date of this letter, are ongoing, and will continue after the date of this letter and the subsequent filing of a lawsuit.

## III.   Remedies Sought

Section 505(b) of the CWA, 33 U.S.C. § 1365(b), requires that, sixty days prior to filing a civil suit for violations of the CWA, a plaintiff must give notice of intent to sue. If the violations set forth herein are not remedied within sixty days, and the nuisance and trespasses not abated, Flint Riverkeeper and the local property owners will file a CWA citizen suit against Ten Cate for ongoing violations of the CWA and ongoing nuisance and trespasses.

Such a lawsuit would include a request for the Court to: (1) enjoin further violations; (2) require the cessation and remediation of the pollution; (3) impose civil penalties of at least $37,500 per violation per day, payable to the U.S. Treasury; (4) award monetary damages and punitive damages under state law claims for pollution of the Cox and Draime Properties and violations of other property rights; and (5) award attorneys' fees and expenses of litigation under the CWA and relevant state law including O.C.G.A. § 13-6-11.

Notice of Intent to Sue Ten Cate Protective Fabrics & Royal Ten Cate (USA), Inc.
Page Six of Eight
April 20, 2016

## IV.    Conclusion

If you have reason to believe that Ten Cate's LAS at the Molena Plant is exempt from or has complied with the Clean Water Act, or otherwise has a defense to liability, please advise us of the specific basis for your exemption, compliance, or defense.  If you contend that we have not properly identified the proper parties or have failed adequately to serve this notice letter, please advise us of the specific basis for your contention.

During the 60-day notice period, we are available to discuss effective remedies, corrective actions, and the possibility of resolving this matter without litigation, as well as any facts you believe are incorrectly set forth in this notice letter and other relevant facts and data.  Please feel free to contact the undersigned counsel at the contact information below.

Thank you for your prompt attention to this matter.

Sincerely,

Donald D.J. Stack
Tyler J. Sniff
STACK & ASSOCIATES, P.C.
260 Peachtree Street, Suite 1200
Atlanta, Georgia 30303
(404) 525-9205

*Counsel for J. Michael Cox, Cliff Granville Moore, Shelby C. Moore, and Sean P. Draime*

Hutton Brown, Senior Attorney
GREENLAW
State Bar of Georgia Building
104 Marietta Street, NW, Suite 430
Atlanta, GA 30303
(404) 659-3122

*Counsel for Flint Riverkeeper, Inc.*

TJS/ddjs
Attachments

Notice of Intent to Sue Ten Cate Protective Fabrics & Royal Ten Cate (USA), Inc.
Page Seven of Eight
April 20, 2016

cc:     **VIA CERTIFIED MAIL NO. 7010 0780 0001 8607 0960**
        **RETURN RECEIPT REQUESTED**

        The Hon. Regina McCarthy, Director, U.S. EPA
        Environmental Protection Agency
        Office of the Administrator, MC 1101A
        1200 Pennsylvania Ave., NW
        Washington, D.C. 20460

cc:     **VIA CERTIFIED MAIL NO. 7010 0780 0001 8607 0977**
        **RETURN RECEIPT REQUESTED**

        Heather McTeer Toney, Regional Administrator
        U.S. EPA, Region 4
        Atlanta Federal Center
        61 Forsyth Street, SW
        Atlanta, Georgia 30303-3104

        **VIA CERTIFIED MAIL NO. 0710 0780 0001 8607 0984**
        **RETURN RECEIPT REQUESTED**

        Judson H. Turner, Director
        Georgia Environmental Protection Division
        2 Martin Luther King, Jr. Drive, SE
        Suite 1456, East Tower
        Atlanta, Georgia 30334-9000

Notice of Intent to Sue Ten Cate Protective Fabrics & Royal Ten Cate (USA), Inc.
Page Eight of Eight
April 20, 2016

## Exhibit A





STACK & ASSOCIATES, P.C.

260 Peachtree Street, NW
Suite 1200
Atlanta, Georgia 30303

7010 0780 0001 8607 0984



US POSTAGE
$ 06.68
First-Class

Mailed From 30303
04/20/2016
032A 0061824427

Judson H. Turner, Director
Georgia Environmental Protection Div.
2 Martin Luther King, Jr. Drive, SE
Suite 1456, East Tower
Atlanta, GA 30334-9000

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Po | |

Postmark Here

Sent To

Street, Ap or PO Box

City, State

7010 0780 0001 8607 0984

Judson H. Turner, Director
Georgia Environmental Protection Div.
2 Martin Luther King, Jr. Drive, SE
Suite 1456, East Tower
Atlanta, GA  30334-9000

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Judson H. Turner, Director
Georgia Environmental Protection Div.
2 Martin Luther King, Jr. Drive, SE
Suite 1456, East Tower
Atlanta, GA  30334-9000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Vanessa L. O'Ca*    ☑ Agent
                        ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
VANESSA L. O'CAIN    4-27-16

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
(Transfer from service label)     7010 0780 0001 8607 0984

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



# STACK&
## ASSOCIATES, P.C.

260 Peachtree Street, NW
Suite 1200
Atlanta, Georgia 30303

7010 0780 0001 8607 0977



US POSTAGE
$ 06.68
First-Class
Mailed From 30303
04/20/2016
032A 0061824427

Heather McTeer Toney, Reg. Admin.
U.S. EPA, Region 4
Atlanta Federal Center
61 Forsyth Street, SW
Atlanta, GA 30303-3104

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | |

Postmark Here

7010 0780 0001 8607 0977

Heather McTeer Toney, Reg. Admin.
U.S. EPA, Region 4
Atlanta Federal Center
61 Forsyth Street, SW
Atlanta, GA  30303-3104

Sent To
Street,
or PO
City, St

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Heather McTeer Toney, Reg. Admin.
U.S. EPA, Region 4
Atlanta Federal Center
61 Forsyth Street, SW
Atlanta, GA  30303-3104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Andrew Darlin_    ☑ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
4-25-16

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7010 0780 0001 8607 0977

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540



STACK & ASSOCIATES, P.C.

260 Peachtree Street, NW
Suite 1200
Atlanta, Georgia 30303

7010 0780 0001 8607 0960



US POSTAGE
$ 06.68
First-Class

Mailed From 30303
04/20/2016
032A 0061824427

Hon. Regina McCarthy, Dir., U.S. EPA
Environmental Protection Agency
Office of the Administrator, MC 1101A
1200 Pennsylvania Ave., NW
Washington, DC 20460

**U.S. Postal Service** ™
**CERTIFIED MAIL** ™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Po | |

Postmark
Here

Sent To
Hon. Regina McCarthy, Dir., U.S. EPA
Environmental Protection Agency
Office of the Administrator, MC 1101A
1200 Pennsylvania Ave., NW
Washington, DC  20460

Street, Ap
or PO Box

City, State

7010 0780 0001 8607 0960

PS Form 3800, August 2006     See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Regina McCarthy, Dir., U.S. EPA
Environmental Protection Agency
Office of the Administrator, MC 1101A
1200 Pennsylvania Ave., NW
Washington, DC  20460

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Mail Managem...*
☐ Agent
☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

APR 25 2016

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered     ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*     ☐ Yes

2. Article Number
(Transfer from service label)
7010 0780 0001 8607 0960

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

# STACK &
## ASSOCIATES, P.C.

260 Peachtree Street, NW
Suite 1200
Atlanta, Georgia 30303



CERTIFIED MAIL™

7010 0780 0001 8607 0939



US POSTAGE
$ 06.68
First-Class

Mailed From 30303
04/20/2016
032A 0061824427

Royal Ten Cate (USA), Inc.
c/o CT Corporation, Registered Agent
1201 Peachtree Street, NE
Atlanta, Georgia 30361

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

## O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage | |

Postmark
Here

Royal Ten Cate (USA), Inc.
c/o CT Corporation, Registered Agent
1201 Peachtree Street, NE
Atlanta, Georgia 30361

*Sent To*
*Street, Apt. No.,*
*or PO Box No.*
*City, State, ZIP+4*

PS Form 3800, August 2006                        See Reverse for Instructions

7010 0780 0001 8607 0939

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Royal Ten Cate (USA), Inc.
c/o CT Corporation, Registered Agent
1201 Peachtree Street, NE
Atlanta, Georgia 30361

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( *Printed Name*)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

RECEIVED BY: CT CO
1201 PEACHTREE S
ATLANTA, GA 3036

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*        ☐ Yes

2. Article Number
*(Transfer from service label)*        7010 0780 0001 8607 0939

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

STACK &
ASSOCIATES, P.C.

260 Peachtree Street, NW
Suite 1200
Atlanta, Georgia 30303

7010 0780 0001 8607 0946







US POSTAGE
$ 06.68
First-Class

Mailed From 30303
04/20/2016
032A 0061824427

Royal Ten Cate (USA), Inc.
c/o Current/Interim CEO/President
365 S. Holland Drive
Pendergrass, Georgia 30567-4625

English          Customer Service          USPS Mobile                                    Register / Sign In

 **USPS.COM**®

# USPS Tracking®

 **Customer Service ›**
Have questions? We're here to help.

 **Get Easy Tracking Updates ›**
Sign up for My USPS.

---

Tracking Number: **70100780000186070946**

**Updated Delivery Day: Friday, April 22, 2016**

## Product & Tracking Information                    Available Actions

**Postal Product:**                    **Features:**
                                       Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **April 25, 2016 , 10:16 am** | **Delivered** | **PENDERGRASS, GA 30567** |

Your item was delivered at 10:16 am on April 25, 2016 in PENDERGRASS, GA 30567

| | | |
|---|---|---|
| April 22, 2016 , 8:41 am | Notice Left (No Authorized Recipient Available) | PENDERGRASS, GA 30567 |
| April 22, 2016 , 7:32 am | Arrived at Unit | PENDERGRASS, GA 30567 |
| April 21, 2016 , 11:57 pm | Departed USPS Facility | NORTH METRO, GA 30026 |
| April 21, 2016 , 10:37 pm | Arrived at USPS Facility | NORTH METRO, GA 30026 |

---

## Track Another Package

Tracking (or receipt) number

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Po | |
| Sent To | |

Postmark
Here

Royal Ten Cate (USA), Inc.
c/o Current/Interim CEO/President
365 S. Holland Drive
Pendergrass, Georgia 30567-4625

*Street, Apt.
or PO Box*
*City, State*

PS Form 3800, August 2006                    See Reverse for Instructions

7010 0780 0001 8607 0946

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

Copyright © 2016 USPS. All Rights Reserved.

# STACK&

## ASSOCIATES, P.C.

260 Peachtree Street, NW
Suite 1200
Atlanta, Georgia 30303

CERTIFIED MAIL

7010 0780 0001 8607 0922

Southern Mills, Inc.
Attn: Bruce Bagwell, Plant Manager
Attn: Lisa Harris-Simpson, E&S Manager
1683 Lawrence Road
Molena, Georgia 30258









US POSTAGE
$ 06.68
First-Class

Mailed From 30303
04/20/2016
032A 0061824427

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark
Here

7010 0780 0001 8607 0922

Southern Mills, Inc.
Attn: Bruce Bagwell, Plant Manager
Attn: Lisa Harris-Simpson, E&S Manager
1683 Lawrence Road
Molena, Georgia 30258

PS Form 3800, August 2006                See Reverse for Instructions

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Southern Mills, Inc.
Attn: Bruce Bagwell, Plant Manager
Attn: Lisa Harris-Simpson, E&S Manager
1683 Lawrence Road
Molena, Georgia 30258

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Shirley A Goen_   ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
Shirley Goen   4-25-16

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number *(Transfer from service label)*
7010 0780 0001 8607 0922

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



# STACK & ASSOCIATES, P.C.

260 Peachtree Street, NW
Suite 1200
Atlanta, Georgia 30303



CERTIFIED MAIL™

7010 0780 0001 8607 0953

Southern Mills, Inc.
d/b/a Ten Cate Protective Fabrics
c/o Mark Christman, Registered Agent
6501 Mall Boulevard
Union City, Georgia 30291





US POSTAGE
$ 06.68
First-Class

Mailed From 30303
04/20/2016
032A 0061824427

English        Customer Service        USPS Mobile                                    Register / Sign In



# USPS Tracking®


**Customer Service ›**
Have questions? We're here to help.


**Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: 70100780000186070953

## Product & Tracking Information

**Postal Product:**              **Features:**
                                 Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **April 23, 2016 , 9:47 am** | **Delivered, PO Box** | **UNION CITY, GA 30291** |

Your item has been delivered and is available at a PO Box at 9:47 am on April 23, 2016 in UNION CITY, GA 30291.

| | | |
|---|---|---|
| April 22, 2016 , 5:53 pm | Departed USPS Facility | ATLANTA, GA 30304 |
| April 22, 2016 , 1:48 pm | Arrived at USPS Facility | ATLANTA, GA 30304 |
| April 21, 2016 , 10:11 pm | Arrived at USPS Facility | NORTH METRO, GA 30026 |

## Available Actions

## Track Another Package

Tracking (or receipt) number

## Manage Incoming Packages

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | Postage | $ | | |
| | Certified Fee | | | Postmark Here |
| | Return Receipt Fee (Endorsement Required) | | | |
| | Restricted Delivery Fee (Endorsement Required) | | | |
| | Total Post | | | |
| Sent To | | | |
| Street, Apt. or PO Box | | |
| City, State, | | |

Southern Mills, Inc.
d/b/a Ten Cate Protective Fabrics
c/o Mark Christman, Registered Agent
6501 Mall Boulevard
Union City, Georgia 30291

PS Form 3800, August 2006                          See Reverse for Instructions

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

Copyright © 2016 USPS. All Rights Reserved.