# EXHIBIT B



**State of Georgia**
**Department of Natural Resources**
**Environmental Protection Division**

☐ For official use only

# NOTICE OF INTENT

NOI No., if known: _____

## NOI - Version 2012
### For Coverage Under NPDES General Permit GAR050000 (2012 IGP)
### Authorization to Discharge Storm Water Associated with Industrial Activity

☐ Initial Notification   ☐ Previously Permitted   ☒ Change of Information   ☐ Change of Owner/Operator: Formerly Known As: _____

### A. FACILITY LOCATION INFORMATION

FACILITY NAME: __TenCate Protective Fabrics/Southern Mills Dyeing and Finishing Plant__   PHONE: __706-647-1385__

STREET/LOCATION ADDRESS: __1683 Lawrence Road__

CITY: __Molena__   COUNTY: __Upson__   ZIP CODE: __30258__

LATITUDE: __32.966938__   LONGITUDE: __-84.49192__   (Decimal degrees = XX.XXXX & -XX.XXXX)

MAILING ADDRESS: __1683 Lawrence Road__   CITY: __Molena__   STATE: __GA__   ZIP CODE: __30258__

### B. FACILITY OWNER-OPERATOR INFORMATION

LEGAL NAME: __Southern Mills, Inc. d/b/a TenCate Protective Fabrics__   PHONE: __770-969-1000__

MAILING ADDRESS: __6501 Mall Boulevard__

CITY: __Union City__   STATE: __GA__   ZIP CODE: __30291__

On-site Facility Contact: Name: __Dan Alexander__   Telephone Number: __706-647-1385__

Title: __Facility Engineer__   Email: __d.alexander@tencate.com__

I designate the person or position described in On-site Facility Contact above as the "Duly Authorized Representative" in accordance with B.7.2.2 of the 2012 IGP.   ☒ Yes   ☐ No

### C. SITE ACTIVITY INFORMATION: SIC Codes, Sector-Specific Requirements and Effluent Limitation Guidelines. (A list of covered SIC codes is included as Appendix D of the 2012 IGP.)

In the table below: Identify the 4-digit Standard Industrial Classification (SIC) code that best represents the products produced or services rendered for which the facility is primarily engaged, defined as "primary industrial activity" in Appendix A of the 2012 IGP. Identify up to four, 4-digit secondary SIC codes for additional industrial activities, if applicable. Identify the 2012 IGP sector by letter and name, as stated in Part 8 of the 2012 IGP and check if the facility is subject to effluent limits stated in Part 8: A, C, D, E, K, L or O.

| Primary SIC CODE | Part 8 Sector | Sector Name | Check if Subject to Effluent Limits |
|---|---|---|---|
| 2262 | V | Textile Mills, Apparel, and Other Fabric Products | |
| **Secondary SIC CODE** | | | |
| LF | L | Landfills, Land Application Sites, and Open Dumps | |
| 2221 | V | Textile Mills, Apparel, and Other Fabric Products | |
| | | | |
| | | | |

**D. STORM WATER DISCHARGE INFORMATION**

1. Name of river basin where facility is located: _____Flint_____
   Note: A map of Georgia's River Basins can be found by searching for the following link in your search engine of choice: www.gaepd.org/Files_PDF/news/basins_map.pdf.

2. Name of receiving waters: _____Spring Creek_____

3. Does the facility discharge storm water to, or within one (1) linear mile upstream of, and inside the watershed of, any portion of an impaired waterbody listed as impaired on Georgia's most current finalized 305(b)/303(d) list documents?    ☐ Yes   ☒ No

4. **Permittees** that answered "Yes" to #3, indicate whether the pollutant(s) of concern for the impaired waterbody may be exposed to storm water **as a result of current or previous industrial activity** at the facility during the term of the 2012 IGP. **New permittees must check either C.1.1, C.1.2 or C.1.3** if you answered "Yes" to answer #3 above.
   - ☐ C.1.1: Prevents all exposure.
   - ☐ C.1.2: Documents pollutant is not present.
   - ☐ C.1.3: Submits certified data, as **stated in C.1.4** of the 2012 IGP, that the discharge will not cause or contribute.
     If C.1.3 is checked above, indicate discharge will not cause or contribute by checking one of the following:
     - ☐ C.1.3.1: Discharges to waters without EPA-approved TMDL, discharge will not exceed in-stream water quality.
     - ☐ C.1.3.2: Discharges to waters with EPA-approved TMDL, sufficient wasteload allocation to allow discharge.
     - ☐ C.1.3.3: Performs benchmark or composite sampling prescribed in C.2 of the 2012 IGP.

   (Note: Those facilities that have not filed previously are not eligible for coverage under the 2012 IGP to discharge to an impaired waterbody, unless the permittee satisfies the requirements of C.1 of the 2012 IGP.)

5. **Previous permittees** that discharge to an impaired waterbody that were subject to the impaired stream segment sampling contained in Part III.C. of Georgia's 2006 Industrial Storm Water General Permit GAR000000 are required to indicate which of the sampling requirements stated in C.2 of 2012 IGP GAR050000 the facility is subject to by checking the appropriate box below:
   - ☐ C.6: Previous permittees that passed.
   - ☐ C.7: Previous permittees that have not completed second round of sampling.
   - ☐ C.8: Previous permittees that failed sampling.
   - ☐ C.11: Previous permittees into a newly listed impaired waterbody.

6. Does the facility discharge into a Municipal Separate Storm Sewer System (MS4), as defined in Appendix A?   ☐ Yes   ☒ No
   If yes, name of MS4 Operator: _____N/A_____
   ☐ NOI submitted to the local MS4 required in Part 1.3.3. (If you discharge to an MS4 you are required to submit a copy of your NOI to the MS4.)

7. Is quantitative data of storm water discharges available?   ☐ Yes   ☒ No     Most recent year data collected: _____

8. Other NPDES Permit Numbers: ___N/A_____

9. Does the facility require other permits from EPD?    ☒ Yes   ☐ No    Permit No. (if applicable): _LAS GAJ010578_____

**E. STORM WATER POLLUTION PREVENTION PLAN (SWPPP) INFORMATION**

SWPPP Contact Name: _Lisa Simpson_____  Email: ___l.simpson@tencate.com_____

**Industrial Storm Water Pollution Prevention Plan (SWPPP) Checklist.** Both new and existing permittees must complete this checklist. Marking a box on this sheet means the activity has been completed by new permittees. For existing permittees, marking a box on this sheet indicates they will update the SWPPP within 90 days and fully implement the SWPPP within 180 days of the effective date of the 2012 IGP.

**Storm water pollution prevention team** (in accordance with Part 5.1.1 of the 2012 IGP):
  ☒ Identify the staff members that comprise the facility's storm water pollution prevention team as well as their individual responsibilities.

**Site description** (in accordance with Part 5.1.2 of the 2012 IGP):
  ☒ Activities at the facility. Provide a description of the nature of the industrial activities at your facility, including any co-located activities.

**Notice of Intent – 2012**

☒ General location map. Provide a general location map with enough detail to identify the location of your facility and identify all receiving waters for your storm water discharges.
☒ Site map. Provide a map containing the components contained in Part 5.1.2.3 of the 2012 IGP.

**Summary of potential pollutant sources** (in accordance with Part 5.1.3 of the 2012 IGP):
☒ List of industrial activities exposed to storm water.
☒ List of pollutant(s) associated with each identified activity.
☒ Documentation of where potential spills and leaks could occur or have occurred in the past 3 years and note occurrences in annual report.
☒ Annual Non-Storm Water Discharge Certification evaluation documentation for annual report.
☒ Document the location of storage piles containing salt used for deicing and areas where deicing is expected to occur.
☒ Sampling data and retention of records from Georgia's 2006 Industrial Storm Water General Permit GAR000000.

**Description of control measures** (in accordance with Part 5.1.4 of the 2012 IGP):
☒ Document the location and type of control measures you have installed and implemented at your site. Describe control measures used to achieve the non-numeric effluent limits in Part 2.1.2, and where applicable in Part 8, the effluent limitations in Part 2.2, and the water quality-based effluent limits in Part 2.3. Describe how you addressed the control measure selection and design considerations in Part 2.1.1 of the 2012 IGP.

**Schedules and procedures** (in accordance with Part 5.1.5 of the 2012 IGP):
☒ Minimize exposure (in accordance with Part 2.1.2.1 of the 2012 IGP).
☒ Good housekeeping (in accordance with Part 2.1.2.2 of the 2012 IGP).
☒ Maintenance (in accordance with Part 2.1.2.3 of the 2012 IGP).
☒ Spill prevention and response procedures (in accordance with Part 2.1.2.4 of the 2012 IGP).
☒ Erosion and sediment controls (in accordance with Part 2.1.2.5 of the 2012 IGP).
☒ Management of runoff (in accordance with Part 2.1.2.6 of the 2012 IGP).
☒ Salt storage and pavement deicing (in accordance with Part 2.1.2.7 of the 2012 IGP).
☒ Dust generation and vehicle tracking of industrial materials (in accordance with Part 2.1.2.8 of the 2012 IGP).
☒ Waste, garbage, and floatable debris (in accordance with Part 2.1.2.9 of the 2012 IGP).
☒ Employee training – A schedule for necessary training (in accordance with Part 5.1.1.2 of the 2012 IGP).
☒ Procedures for conducting the four types of analytical monitoring specified by the 2012 IGP, where applicable (in accordance with Part 5.1.5.2 of the 2012 IGP).
☒ Procedures for performing the three types of inspections specified by the 2012 IGP (in accordance with Parts 4.1, 4.2 and 4.3 of the 2012 IGP).

**SWPPP signature requirement** (in accordance with Part 5.1.6 of the 2012 IGP):
☒ SWPPP signed and dated (in accordance with Appendix B.7 of the 2012 IGP)

**F. COMMENTS**

**G. CERTIFICATION:** I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gathered and evaluated the information submitted. Based upon my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

Printed Name: _____Mike Anderson_____   Title: <u>Vice President of Operations</u>_____

Signature: ____[signature]_____   Date: ___6/22/2016_____

**Type All Information**

3                                                                                                                               Updated 4/14

# INSTRUCTIONS

Who must file a Notice of Intent (NOI) Form?

Certain private and municipally-owned industrial and commercial facilities are required to have a National Pollutant Discharge Elimination System (NPDES) permit GAR050000 for storm water (rain water) discharged to the waters of Georgia. The facilities required to have NPDES permits are identified by their primary SIC code and industrial activities provided in Appendix D of the 2012 IGP. This Notice of Intent is the effective application for the General NPDES Permit No. GAR050000 to be applicable to the facility identified in Section A. The 2012 IGP is not applicable to process wastewater discharges or mixtures of process wastewater and storm water. You may wish to consult the applicable State and Federal rules, regulations, and laws prior to completing this NOI.

**Any NOI that contains illegible information will not be accepted. All applicable information on this NOI must be submitted to be a valid notice. Information requested on the NOI that is not applicable to the owner-operator or the facility must be marked "N/A". Do not leave any field that is applicable to your facility blank.** New dischargers or new sources must submit an NOI seven (7) days prior to commencing discharge. Those facilities that were covered by the 2006 GAR000000 permit are authorized to discharge storm water associated with industrial activity under the terms and conditions of the 2012 IGP immediately on the date the 2012 NOI is postmarked. NOI forms must be sent by return receipt certified mail (or similar service).

**The Environmental Protection Division (EPD) does not acknowledge receipt of an NOI; therefore, the return receipt serves as confirmation of submittal. Retain a copy of the return receipt with a copy of the original NOI for your records.** EPD's website: www.gaepd.org/Documents/IndustrialStormwater.html (link is case sensitive) has updated lists of facilities covered under the 2012 IGP.

It is very important to read the 2012 IGP carefully prior to completing the NOI. If you have questions regarding NPDES Storm Water Permitting, contact the Storm Water Unit of the NonPoint Source Program at (404) 675-6240. **The completed NOI should be submitted to the following address via return receipt/certified mail or similar service:**

Georgia Environmental Protection Division
NonPoint Source Program
2 Martin Luther King, Jr. Drive, S.W., Suite 1462
Atlanta, Georgia 30334

This form and a copy of the 2012 IGP are available at: **www.gaepd.org/Documents/IndustrialStormwater.html.**

**Section A. Facility Information:** Enter the facility's name, street address, mailing address, county, and telephone number. Should the facility lack a street address, describe where the facility is located in "Section F. Comments." Provide the latitude and longitude (in decimal degrees) of the approximate center of the facility. This information can be obtained using a Global Positioning System (GPS) device, by consulting a United States Geological Service topographical map, or by accessing an internet mapping website such as http://www.terraserver.com or Google Earth. Enter the name, title, email and telephone number of the individual who will serve as the on-site facility contact with day-to-day responsibility for storm water issues.

**Section B. Facility Owner-Operator Information:** Enter the owner-operator's legal name, mailing address and telephone number.

**Section C. Site Activity Information:** List the primary 4-digit Standard Industrial Classification (SIC) code that best represents the product produced or services rendered for which the facility is primarily engaged, defined as "primary industrial activity" identified in Appendix A of the 2012 IGP. Also enter up to four (4) additional SIC codes that identify secondary products or services. Identify the applicable 2012 IGP sector by letter and name, as stated in Part 8 of the 2012 IGP and enter a check if the facility is subject to effluent limits stated in Part 8: A, C, D, E, K, L or O.

**Section D. Storm Water Discharge Information:** Enter the name of the river basin and creek, stream, lake or river that receives the storm water discharge. The discharge of storm water from the facility may not necessarily go directly to the receiving waters but may go through a series of drainage ditches, swales, conduits, and similar structures or a municipally owned separate storm sewer system (MS4) before actually reaching the receiving waters. The name of the receiving waters may be found on a topographical map of your locality, a county map, or a similar map. Should your storm water be discharged to a municipal separate storm sewer system, the operator of the MS4 may be able to advise you as to the name of the receiving waters.

Determine if the facility discharges storm water associated with industrial activity to, or within one (1) linear mile and inside the watershed of, any portion of an impaired waterbody listed as impaired on Georgia's most current finalized 305(b)/303(d) documents. Georgia's current finalized 305(b)/303(d) documents may be viewed on EPD's website at

www.gaepd.org.

If the answer to Question #3 was "Yes", those facilities that have not been on record as having filed previously are not eligible for coverage under the 2012 IGP to discharge to an impaired waterbody, unless the permittee satisfies the requirements of Appendix C.1 of the 2012 IGP. Indicate by checking one of the boxes whether the facility is eligible for C.1.1, C.1.2 or C.1.3. If the facility is eligible for C.1.3, indicate whether the facility is subject to C.1.3.1, C.1.3.2 or C.1.3.3.

For previous permittees that discharged to an impaired waterbody that were subject to the impaired stream segment sampling contained in Part III.C. of Georgia's 2006 Industrial Storm Water General Permit GAR000000, check the appropriate box as the facility must abide by sampling requirements as stated in C.2 of the 2012 IGP.

If the storm water is discharged to an MS4, then list the name of the operator of the MS4. This will usually be a city or county government, water authority or storm water utility. If you discharge to an MS4 you are required to submit a copy of your NOI to the MS4.

Indicate whether the facility maintains quantitative (analytical) sampling data of storm water discharges and the most recent year collected.

List the permit numbers of any other individually issued NPDES permit applicable to this facility.

**Section E. Storm Water Pollution Prevention Plan (SWPPP) Checklist:** All facilities covered by the 2012 IGP are required to develop and implement a Storm Water Pollution Prevention Plan (SWPPP) as specified in Part 5 of the 2012 IGP. Marking a box in Section E indicates new permittees have completed the activities. Facilities beginning industrial operations after the effective date of the 2012 IGP (new facilities) are required to implement and maintain a SWPPP on or before the day industrial operations commence. Existing permittees have ninety (90) days from the effective date of the 2012 IGP to update and 180 days to fully implement their revised SWPPP. **Existing facilities will indicate on their first annual report that their SWPPP is updated and the checklist is complete.**

**Section F. Comments:** Provide comments as appropriate.

**Section G. Certification:** Provide the information requested and sign the NOI in accordance with Appendix B.7 of the 2012 IGP. Federal and State regulations require this NOI to be signed by one of the following people (signature by parties other than those below does not constitute a valid NOI submittal):

- For a corporation: by a responsible corporate officer. For the purpose of the 2012 IGP, a responsible corporate officer means:
  1. A president, secretary, treasurer, or vice-president of the corporation in charge of a principal business function, or any other person who performs similar policy or decision-making functions for the corporation; or
  2. The manager of one or more manufacturing, production or operating facilities, provided the manager is authorized to make management decisions which govern the operation of the regulated facility including having the explicit or implicit duty of making major capital investment recommendations, and initiating and directing other comprehensive measures to assure long term environmental compliance with environmental laws and regulations; the manager can ensure that the necessary systems are established or actions taken to gather complete and accurate information for the 2012 IGP application requirements; and where authority to sign documents has been assigned or delegated to the manager in accordance with corporate procedures;
- For a partnership or sole proprietorship: by a general partner or the proprietor; or
- For a municipality, State, Federal or other public facility: by either a principal executive officer or ranking elected official.