IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **FLINT RIVERKEEPER, INC.** )<br>**JERE MICHAEL COX,** )<br>**SHELBY COX MOORE,** )<br>**GRANVILLE CLIFF MOORE, and** )<br>**SEAN P. DRAIME,** )<br>)<br>**Plaintiffs,** )<br>)<br>)<br>**SOUTHERN MILLS, INC. d/b/a** )<br>**TENCATE PROTECTIVE FABRICS** )<br>)<br>**Defendant.** )<br>)  | 5:16-CV-435 (CAR) |

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Southern Mills, Inc. certifies that it is a non-governmental corporate party, its immediate parent company is TenCate Protective Fabrics Holding, B.V., a Netherlands corporate entity, and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

TROUTMAN SANDERS LLP

  /s/ William M. Droze
William M. Droze (Ga. Bar No. 231039)
Gregory W. Blount (Ga. Bar No. 064375)
Justin T. Wong (Ga. Bar No. 969504)

600 Peachtree Street, NE, Suite 5200
Atlanta, Georgia  30308-2216
Phone:     (404) 885-3000
Facsimile:  (404) 885-3900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 7, 2017, the counsel indicated below were served by filing through the Court's CM/ECF electronic filing system:

R. Hutton Brown
GREENLAW
hbrown@greenlaw.com
Counsel for Plaintiff Flint Riverkeeper, Inc.

Donald D.J. Stack
Tyler J. Sniff
STACK & ASSOCIATES, PC
dstack@stack-environlaw.com
tsniff@stack-envirolaw.com
Counsel for Plaintiffs Flint Riverkeeper, Inc., Jere Michael Cox,
Selby Cox Moore, Granville Cliff Moore, and Sean P. Draime

/s/  William M. Droze
William M. Droze
Georgia Bar No. 231039