# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| FLINT RIVERKEEPER, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SOUTHERN MILLS, INC., d/b/a<br>TENCATE PROTECTIVE FABRICS,<br><br>　　　　Defendant. | CIVIL ACTION NO. 5:16-CV-00435 |

## JOINT UPDATE REGARDING FEBRUARY 15, 2018 STATUS REPORT

Pursuant to this Court's October 12, 2017 Order Granting Joint Motion to Stay Case, Plaintiffs Flint Riverkeeper, Inc., Jere M. Cox, Shelby Cox Moore, Granville C. Moore, and Sean P. Draime (collectively the "Plaintiffs") and Defendant Southern Mills, Inc. d/b/a TenCate Protective Fabrics, ("TenCate") jointly submit this update and request regarding the February 15, 2018 status report:

Pursuant to the Court's Order, the parties are due to file a joint status report today. The parties have continued discussions as identified in the last status report but were unable to reach agreement on the language of a joint status report for filing today. The parties had previously agreed to meet tomorrow, February 16, 2018, and intend to address the status report as part of the discussion. The parties respectfully request leave of the Court to provide the joint status report following their meeting tomorrow.

WHEREFORE the Parties jointly submit this update and request regarding the February 15, 2018 status report as required by the Court's October 12, 2017 Order and note that these

- 2 -

disclosures are in the nature of compromise communications and remain inadmissible by any party for any purpose other than as directed by the Court.

| | |
|---|---|
| */s/ William M. Droze* | */s/ Donald D.J. Stack* |
| William M. Droze | Donald D. J. Stack |
| Southern Mills, Inc. d/b/a TenCate Protective Fabrics | Flint Riverkeeper, Inc., Jere Michael Cox, Shelby Cox Moore, Granville Cliff Moore, and Sean P. Draime |

*/s/ R. Hutton Brown*
R. Hutton Brown
Flint Riverkeeper, Inc.

Dated: February 15, 2018

Respectfully submitted,

TROUTMAN SANDERS LLP

   */s/ William M. Droze*
William M. Droze (Ga. Bar No. 231039)
Gregory W. Blount (Ga. Bar No. 064375)
Justin T. Wong (Ga. Bar No. 969504)

600 Peachtree Street, NE, Suite 5200
Atlanta, Georgia 30308-2216
Phone:     (404) 885-3000
Facsimile: (404) 885-3900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 15, 2018, the counsel indicated below were served by filing through the Court's CM/ECF electronic filing system:

R. Hutton Brown
April Lipscomb
SOUTHERN ENVIRONMENTAL LAW CENTER
hbrown@selcga.org
alipscomb@selcga.org
Counsel for Plaintiff Flint Riverkeeper, Inc.

Donald D.J. Stack
Tyler J. Sniff
STACK & ASSOCIATES, PC
dstack@stack-environlaw.com
tsniff@stack-envirolaw.com
Counsel for Plaintiffs Flint Riverkeeper, Inc., Jere Michael Cox,
Selby Cox Moore, Granville Cliff Moore, and Sean P. Draime

/s/ William M. Droze
William M. Droze
Ga. Bar No. 231039

- 3 -

33941982v6