IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **FLINT RIVERKEEPER, INC.,** *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> **SOUTHERN MILLS, INC., d/b/a TENCATE PROTECTIVE FABRICS,** <br><br>  Defendant. | **CIVIL ACTION NO.** <br> **5:16-cv-00435-TES** |

**ORDER GRANTING CONSENT MOTION TO EXTEND STAY OF LITIGATION**
_____

Having reviewed the Parties' Consent Motion to Extend Stay of Litigation [Doc. 51], the Court **GRANTS** the Motion and **ORDERS** as follows:

1. This Case is hereby **STAYED until August 15, 2018**, subject to the conditions below:

2. During the pendency of the stay, the Parties shall work in good faith to reach an amicable resolution of this matter;

3. The Parties will inform the Court of their progress during the stay by filing a Joint Status Report every month during the pendency of the stay, which is due by the 15th day of each month (or the first business day thereafter), with the first report to be filed on or before May 15, 2018;

4. With regard to any document that is within the scope of the Parties' initial written requests and deemed necessary to the efficient prosecution of a solution, the Parties may seek relief from the Court pursuant to the Court's Scheduling Order [Doc. 34, ¶ IV(H)];

   a. Paragraph IV(H) of the Scheduling Order [Doc. 34] is amended to state as follows:

   Before moving for an order relating to discovery, including motions to compel or contested motions for protective orders, the movant must contact **Cheryl Collins, Courtroom Deputy, at (478) 752-2603** to request a telephone conference with the Court.

5. Plaintiffs' time to respond to TenCate's Counterclaim [Doc. 21] remains extended day for day during the pendency of the stay. If Plaintiffs renew their Motion to Dismiss TenCate's Counterclaim [Doc. 26], the Parties shall stand on their respective existing filings with respect to the Motion to Dismiss and shall not file additional materials without leave of Court;

6. Either party may move for a dissolution of the stay at any time during its pendency, provided that such motion shall include a certification by Counsel that they attempted in good faith to resolve any impasse prior to the filing of such motion;

7. The Court may direct that the stay be lifted or that the Parties supplement their Joint Status Reports at any time and at its own discretion;

*Flint Riverkeeper, Inc., et al. v. Southern Mills, Inc., d/b/a TenCate Protective Fabrics*
United States District Court for the Middle District of Georgia
5:16-cv-00435-TES
Page 2 of 3

8. Either party may move for an extension of the stay at any time during its pendency, provided that the motion include a statement of the grounds for the requested extension and a certification that the Parties continue to work in good faith toward a resolution of this matter; and

9. If this matter is not resolved during the pendency of the stay or during any further extension of the stay granted by the Court, the Court shall set a Case Management Conference to establish new deadlines for the conduct of this action.

**SO ORDERED**, this 11th day of April, 2018.

    /s/ **Tilman E. Self**
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**

*Flint Riverkeeper, Inc., et al. v. Southern Mills, Inc., d/b/a TenCate Protective Fabrics*
United States District Court for the Middle District of Georgia
5:16-cv-00435-TES
Page 3 of 3